THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM L. FLEMING, in his Court-Appointed Capacity as Probate Guardian ad Litem for C.O., <br><br> Plaintiff, <br><br> v. <br><br> PRUDENTIAL INSURANCE COMPANY OF AMERICA, <br><br> Defendant. | No. 2:19-cv-01328-TSZ <br><br> **ORDER GRANTING MOTION FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT** |

## **ORDER**

Having reviewed the unopposed motion for extension of time to answer or otherwise respond to the Complaint, docket no. 5, the Court hereby GRANTS the motion and ORDERS that Prudential's deadline to answer or otherwise respond to the Complaint is extended to October 18, 2019.

IT IS SO ORDERED.

DATED this 27th day of September, 2019.

Thomas S. Zilly
United States District Judge

ORDER GRANTING MOTION FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT - 1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

Presented by:

LANE POWELL PC

By *s/Per Jansen*
D. Michael Reilly, WSBA No. 14674
Per Jansen, WSBA No. 49966
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
Telephone: 206.223.7000
Facsimile: 206.223.7107
Email: reillym@lanepowell.com
jansenp@lanepowell.com
Attorneys for Defendant Prudential Insurance Company of America

ORDER GRANTING MOTION FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT - 2

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107