UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM L FLEMING,<br><br>              Plaintiff,<br><br>  v.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>              Defendant. | C19-1328 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the parties' Joint Status Report and Discovery Plan, docket no. 13, the parties may file cross-motions to determine the standard of review that applies in this case. Any such motion shall be limited to twelve (12) pages and shall be filed by January 16, 2020. Replies shall be limited to six (6) pages and shall be filed by January 31, 2020.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 31st day of October, 2019.

                                        William M. McCool
                                        Clerk

                                        s/Karen Dews
                                        Deputy Clerk

MINUTE ORDER - 1