UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WILLIAM L. FLEMING,

        Plaintiff,

  v.

PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

        Defendant.

C19-1328 TSZ

MINUTE ORDER SETTING TRIAL AND RELATED DATES

Having reviewed the parties' Joint Status Report, docket no. 13, indicating that the dispute in this matter is governed by the Employee Retirement Income Security Act of 1974 ("ERISA"), the Court sets the following dates and deadlines:

| | |
|---|---|
| BENCH TRIAL DATE (2 days) | June 8, 2020 |
| Deadline for filing administrative record | December 6, 2019 |
| Deadline for filing any motion to conduct limited discovery (such motion to be noted for the third Friday after filing) | January 2, 2020 |
| All motions related to expert witnesses (e.g., Daubert motion) must be filed by | March 26, 2020 |
| Deadline for filing dispositive motions (such motion to be noted for April 24, 2020) | April 10, 2020 |
| Responses to dispositive motions due | April 24, 2020 |
| Agreed pretrial order and Trial briefs due | May 22, 2020 |

MINUTE ORDER - 1

| | |
|---|---|
| Proposed findings of fact and conclusions of law due | May 25, 2020 |
| Pretrial conference scheduled for | May 29, 2020 at 1:30 PM |

The dates and deadlines set forth herein are firm and can be changed only by order of the Court. The Court will alter this case schedule only upon good cause shown. Counsel must be prepared to begin trial on the date scheduled, but should understand that the trial might have to await the completion of other cases.

The administrative record shall be filed under seal via the Case Management and Electronic Case Files ("CM/ECF") system. A working copy of the administrative record must be provided to the Court at the time any dispositive motion is filed or at the time trial briefs are submitted, whichever occurs first. The working copy shall be three-hole punched, appropriately tabbed, and bound by rubbers bands or clips.

If this case settles, counsel shall immediately notify Karen Dews at (206) 370-8830; failure to do so constitutes grounds for sanctions. See Local Civil Rule 11(b).

A copy of this Minute Order shall be sent to all counsel of record.

Dated this 8th day of November, 2019.

                                                William M. McCool
                                                Clerk

                                                /sKaren Dews
                                                Deputy Clerk