THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM L. FLEMING, in his Court-Appointed Capacity as Probate Guardian ad Litem for C.O., <br><br> Plaintiff, <br><br> v. <br><br> PRUDENTIAL INSURANCE COMPANY OF AMERICA, <br><br> Defendant. | No. 2:19-cv-01328-TSZ <br><br> **JOINT MOTION FOR AN EXTENSION OF REMAINING DEADLINES AND ORDER** |

Plaintiff, William L. Fleming, in his Court-Appointed Capacity as Probate Guardian ad Litem for C.O., ("Plaintiff") and Defendant, The Prudential Insurance Company of America (incorrectly sued as "Prudential Insurance Company of America") ("Prudential") (collectively "the parties"), by and through their undersigned counsel, and pursuant to LCR 7(j) and 16(b)(5), hereby move this Court to extend the deadlines for dispositive motions identified in the Minute Order (ECF No. 15) by sixty (60) days and to continue the trial date and remaining related deadlines. In support of this motion, the parties state as follows:

1. On November 8, 2019, the Court entered a Minute Order setting dispositive motion deadline and trial dates, ordering the parties to file Dispositive Motions by April 10, 2020 and responses to dispositive motions by April 24, 2020. (ECF No. 15.) The Court also ordered the parties to file motions related to expert witnesses (e.g. *Daubert* Motions) by March 26, 2020

JOINT MOTION FOR AN EXTENSION OF REMAINING
DEADLINES AND ORDER
No. 2:19-CV-01328-TSZ - 1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

and the Pretrial Order and Trial Briefs by May 22, 2020 and proposed findings of fact and conclusions of law by May 25, 2020. Finally, the Court set the Pre-trial conference for May 29, 2020 at 1:30 PM and the bench trial for June 8, 2020. (*Id.*)

2. Given a myriad of unexpected issues arising as a result of the COVID-19 pandemic, including significant disruption in the offices of counsel and their clients resulting in inability to fully analyze the issues in this matter and counsel their clients, the parties agree that it would be beneficial to their clients to extend the April 10, 2020 dispositive motion deadline. Moreover, the interests of judicial efficiency and economy will be furthered by this extension by allowing the parties to devote their resources to potentially resolving the matter without unnecessary court involvement. Therefore, the parties respectfully request the Court enter an order extending the April 10, 2020 dispositive motion deadline by sixty (60) days, through and including June 9, 2020, and extending the remaining deadlines as follows:

| Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Motions related to expert witnesses (e.g. daubert motions) | March 26, 2020 | May 25, 2020 |
| Deadline for dispositive motions | April 10, 2020 | June 9, 2020 |
| Responses to dispositive motions | April 24, 2020 | June 23, 2020 |
| Agreed pretrial order and trial briefs | May 22, 2020 | July 21, 2020 |
| Proposed findings of fact and conclusions of law | May 25, 2020 | July 24, 2020 |
| Pretrial conference | May 29, 2020 at 1:30 p.m. | July 28, 2020 at 1:30 p.m. |

3. This is the parties' first request for an extension of these deadlines.

4. This motion is filed in good faith and not for the purpose of unwarranted delay.

WHEREFORE, Plaintiff, William L. Fleming, in his Court-Appointed Capacity as

JOINT MOTION FOR AN EXTENSION OF REMAINING
DEADLINES AND ORDER
No. 2:19-CV-01328-TSZ - 2

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

Probate Guardian ad Litem for minor, C.O., and Defendant, The Prudential Insurance Company of America, respectfully request that the Court enter an order extending the remaining deadlines by sixty (60) days as stated above.

DATED: March 19, 2020

KELLER ROHRBACK LLP

*s/ Ian S. Birk*
Ian S. Birk, WSBA No. 31431
Ibirk@kellerrohrback.com
Gabriel Verdugo
gverdugo@kellerrohrback.com
1201 3rd Ave, Ste 3200
Seattle, WA 98101-3052
Phone: 206-623-1900

Attorneys for Plaintiff, William L Fleming, in his Court-Appointed Capacity as Probate Guardian ad Litem for minor, C.O.

-AND-

LANE POWELL PC

*s/ Sean D. Jackson*
D. Michael Reilly, WSBA No. 14674
reillym@lanepowell.com
Sean D. Jackson, WSBA No. 33615
jacksons@lanepowell.com
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
Tel. (206) 2232-7000 / Fax (206) 223-7107

SEYFARTH SHAW LLP

*s/ Shelley R. Hebert*
Shelley R. Hebert (pro hac vice)
shebert@seyfarth.com
Amanda A. Sonneborn (pro hac vice)
asonneborn@seyfarth.com

JOINT MOTION FOR AN EXTENSION OF REMAINING DEADLINES AND ORDER
No. 2:19-CV-01328-TSZ - 3

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

| | |
|---|---|
| 1 | Willis Tower |
| 2 | 233 S. Wacker Drive, Suite 8000 |
| 3 | Chicago, IL 60606-6448 |
|   | Tel. (312) 460-5000 / Fax (312) 460-7000 |
| 4 | Attorneys for Defendant, The Prudential Insurance Company of America |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

Willis Tower
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606-6448
Tel. (312) 460-5000 / Fax (312) 460-7000

Attorneys for Defendant, The Prudential Insurance Company of America

JOINT MOTION FOR AN EXTENSION OF REMAINING
DEADLINES AND ORDER
No. 2:19-CV-01328-TSZ - 4

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

## **ORDER**

Based on the parties' joint motion to extend the remaining deadlines, it is hereby ORDERED that the joint motion is granted and that the parties' remaining deadlines are extended as follows:

| Event | Old Deadline | New Deadline |
| --- | --- | --- |
| Motions related to expert witnesses (e.g. daubert motions) | March 26, 2020 | May 25, 2020 |
| Deadline for dispositive motions | April 10, 2020 | June 9, 2020 |
| Responses to dispositive motions | April 24, 2020 | June 23, 2020 |
| Agreed pretrial order and trial briefs | May 22, 2020 | July 21, 2020 |
| Proposed findings of fact and conclusions of law | May 25, 2020 | July 24, 2020 |
| Pretrial conference | May 29, 2020 at 1:30 p.m. | July 28, 2020 at 1:30 p.m. |

DATED this 20th day of March, 2020.

_____
Thomas S. Zilly
United States District Judge

JOINT MOTION FOR AN EXTENSION OF REMAINING
DEADLINES AND ORDER
No. 2:19-CV-01328-TSZ - 5

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107