UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM L. FLEMING,<br><br>           Plaintiff,<br><br>   v.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>           Defendant. | C19-1328 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Trial date of June 8, 2020, is STRICKEN pending further Order of the Court. All other dates and deadlines set forth in the Stipulation and Order, docket no. 25, remain in full force and effect.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 23rd day of March, 2020.

                                            William M. McCool
                                            Clerk

                                            s/Karen Dews
                                            Deputy Clerk

MINUTE ORDER - 1