UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WILLIAM L FLEMING, in his Court-Appointed Capacity as Probate Guardian ad Litem for C.O.,

Plaintiff,

v.

PRUDENTIAL INSURANCE COMPANY OF AMERICA,

Defendant.

C19-1328 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the parties' Joint Notice of Settlement and Request to Stay All Deadlines, docket no. 27, all remaining deadlines are hereby STAYED 60 days. The parties shall file a motion for approval of minor settlement on or before July 31, 2020.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 29th day of May, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1