UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WILLIAM L. FLEMING, in his Court-Appointed Capacity as Probate Guardian ad Litem for C.O.,,

Plaintiff,

v.

PRUDENTIAL INSURANCE COMPANY OF AMERICA,

Defendant.

C19-1328 TSZ

ORDER

THIS MATTER comes before the Court on the parties' Amended Stipulated Motion to File Settlement Documents Under Seal, docket no. 30, and the parties' Stipulated Motion for Approval of Settlement, docket no. 31. Having reviewed the relevant record, the Court ORDERS as follows:

(1) The parties' Amended Stipulated Motion to File Settlement Documents Under Seal, docket no. 30, is GRANTED. Docket no. 31 shall remain under seal.

(2) The parties' Stipulated Motion for Approval of Settlement, docket no. 31, is GRANTED as follows:

ORDER - 1

       (a)    The settlement reached on behalf of C.O. in this matter as set forth in the parties' Stipulated Motion is APPROVED as reasonable, and the Guardian ad Litem is authorized and directed to execute any and all instruments to the extent necessary to effect the same on behalf of C.O.

       (b)    The attorneys' fees and costs as set forth in the Stipulated Motion are APPROVED as reasonable and payment shall be disbursed to Plaintiff's counsel from the settlement proceeds.

       (c)    The net settlement proceeds shall be distributed to the trust established for C.O. overseen by the state courts as set forth in the Stipulated Motion.

       (d)    Plaintiff's counsel shall be authorized to disburse settlement funds as set forth in the Stipulated Motion and in this Order.

       (3)    The Clerk is directed to send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

Dated this 6th day of August, 2020.

       */s/ Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

ORDER - 2