The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

WILLIAM L. FLEMING, in his Court-
Appointed Capacity as Probate Guardian ad
Litem for C.O.,

        Plaintiff,

  v.

PRUDENTIAL INSURANCE COMPANY OF
AMERICA,

        Defendant.

No. 2:19-cv-01328-TSZ

STIPULATED AND AGREED ORDER
OF DISMISSAL

## I.  STIPULATION

  IT IS STIPULATED by Plaintiff and Defendant above named, through their respective attorneys, that the claims in this action have been fully resolved and that an Order may be entered dismissing the action with prejudice, and without costs or attorney fees to either party.

  DATED this 1st day of September, 2020.

STIPULATED AND AGREED ORDER OF DISMISSAL
(2:19-cv-01328-TSZ) - 1

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

KELLER ROHRBACK L.L.P.                LANE POWELL P.C.


By  */s/Gabriel E. Verdugo*            By  */s/Sean David Jackson*
    Ian S. Birk, WSBA #31431             D. Michael Reilly, WSBA #14674
    Gabriel E. Verdugo, WSBA #44154       Sean David Jackson, WSBA #33615
    Attorneys for Plaintiff               1420 Fifth Avenue STE 4200
                       Seattle, WA  98111
                       Tel 206-223-7000


                       Shelley R. Hebert (pro hac vice)
                       SEYFARTH SHAW LLP
                       233 S. Wacker Dr. STE 8000
                       Chicago, IL  60606
                       Tel 312-460-5000

                       Attorneys for Defendant

## II.     ORDER

Based upon the above Stipulation of the parties, it is ORDERED:

This action is dismissed with prejudice and without an award of costs or attorney's fees to either party.

DATED this 4th day of September 2020.


                         Thomas S. Zilly
                         United States District Judge

STIPULATED AND AGREED ORDER OF DISMISSAL
(2:19-cv-01328-TSZ) - 2

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384